*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kameelah Sanders<br>Debtor(s) | Case No. 25–10740–amc<br>Chapter 7 |
| Kameelah Sanders<br>Plaintiff(s)<br><br>v.<br><br>United States Department of Education<br>Defendant(s) | Adversary No. 25–00121–amc |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before March 27, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before April 1, 2025.

    Address of the clerk                                         Eastern District of Pennsylvania
                                                                                           900 Market Street
                                                                                            Suite 400
                                                                                            Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney                    Kameelah Sanders
                                                                                       1423 North 30th Street
                                                                                            Philadelphia, PA 19121

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                                                 For The Court

                                                                                                                 Timothy B. McGrath
                                                                                                                 Clerk of Court

Date: February 25, 2025